11 CV 2954

6-638704

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S,

Plaintiff,

- against -

PACIFIC ATLANTIC LINES, INC.,

Defendant.

---------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY

Plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant PACIFIC ATLANTIC LINES, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Shipping Act of 1984, as Amended, 46 U.S.C., App. Section 1701, et seq., and Paragraph 26 of the Bill of Lading.

2. At all times hereinafter mentioned, plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S was and still is a corporation duly organized and existing under the laws of the State of New York with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3. Upon information and belief and at all times hereinafter mentioned, defendant PACIFIC ATLANTIC LINES, INC. was and still is a corporation organized and existing under the laws of the State of New Jersey, with offices and a place of business at 24 Commerce St., Suite 1725, Newark, NJ 07012.

4. From on or about June 4, 2009 to the present, defendant was the shipper of goods carried on plaintiff's Vessels.

5. Defendant was the party responsible to remit the ocean freight and related charges due pursuant to plaintiff's Tariff and/or Service Contract with defendant.

6. All shipments were properly completed by plaintiff.

7. On April 14, 2011, a Statement of Account was issued to defendant showing a total due of $449,290.08.

8. Plaintiff has performed all acts required to be performed by plaintiff.

9. Defendant has failed and refused and continues to fail and refuse to remit payment of $449,290.08, although duly demanded.

10. By reason of the foregoing, plaintiff has sustained damages in the amount of $449,290.08 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
May 2, 2011

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By______________________

Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S
551 Fifth Avenue, Suite 616
New York, NY 10176
(212) 696-1760

A.P. MOLLER MAERSK GROUP

# MAERSK LINE

## Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal
Alt. Attention:

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

Dear Valued Customer,

According to our records, the balance of your account with our company as of the date shown above is stated below. You are kindly requested to check below invoices and arrange payment to us accordingly.

If payment has already been forwarded for these items, please allow up to 7 days for them to be reflected on your statement.

Should you have any questions, please call or write to our contact mentioned above so that we may assist you in reconciling any discrepancies as soon as possible.

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | MANUAL | 1900123695 | 523204532 | 21610 | 06-04-2009 | 06-04-2009 | 25.00 | USD |
| | EXPORT | 1900085686 | 526245771 | U131951689-526245771 | 09-02-2009 | 09-02-2009 | 5,330.11 | USD |
| | EXPORT | 5242598351 | 550269293 | 007919A | 02-26-2010 | 03-18-2010 | 3,794.00 | USD |
| | EXPORT | 5242668922 | 550300846 | | 03-22-2010 | 04-11-2010 | 75.00 | USD |
| | EXPORT | 5242729748 | 550422130 | 007936A | 04-08-2010 | 04-28-2010 | 100.00 | USD |
| | EXPORT | 5242808686 | 550467048 | 007941 | 04-30-2010 | 05-20-2010 | 105.58 | USD |
| | EXPORT | 5242809631 | 550616326 | 008005 | 04-30-2010 | 05-20-2010 | 196.81 | USD |
| | EXPORT | 5242911281 | 551106163 | | 05-28-2010 | 06-17-2010 | 50.00 | USD |
| | EXPORT | 5242943640 | 551080852 | 008224 | 06-08-2010 | 06-28-2010 | 50.00 | USD |
| | EXPORT | 5242977488 | 551058313 | 008228 | 06-16-2010 | 07-06-2010 | 50.00 | USD |
| | EXPORT | 5242984613 | 551080857 | 008238A P0597 | 06-17-2010 | 07-07-2010 | 50.00 | USD |
| | EXPORT | 5243031990 | 550691442 | 008018 | 06-30-2010 | 07-20-2010 | 105.58 | USD |
| | EXPORT | 5243034704 | 550928932 | 008210 | 06-30-2010 | 07-20-2010 | 50.00 | USD |
| | EXPORT | 5243033953 | 551080828 | 008279 | 06-30-2010 | 07-20-2010 | 375.00 | USD |



MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243033978 | 551345980 | | 06-30-2010 | 07-20-2010 | 450.00 | USD |
| | EXPORT | 5243034036 | 551378776 | | 06-30-2010 | 07-20-2010 | 375.00 | USD |
| | EXPORT | 5243046204 | 551022399 | 008185A | 07-05-2010 | 07-25-2010 | 50.00 | USD |
| | EXPORT | 5243050021 | 551437483 | 008431 | 07-06-2010 | 07-26-2010 | 450.00 | USD |
| | EXPORT | 5243061406 | 551346011 | 008321 | 07-08-2010 | 07-28-2010 | 50.00 | USD |
| | EXPORT | 5243090489 | 551345905 | 008317 | 07-16-2010 | 08-05-2010 | 50.00 | USD |
| | EXPORT | 5243116080 | 551569855 | 008514 | 07-22-2010 | 08-11-2010 | 50.00 | USD |
| | EXPORT | 5243119073 | 551299196 | 008324 | 07-23-2010 | 08-12-2010 | 50.00 | USD |
| | EXPORT | 5243120021 | 551310212 | 008355 | 07-23-2010 | 08-12-2010 | 50.00 | USD |
| | EXPORT | 3100233041 | 525897614 | U132405227-525897614 | 08-13-2010 | 08-13-2010 | 25.00 | USD |
| | EXPORT | 3100235438 | 529411633 | U132405618-529411633 | 08-16-2010 | 08-16-2010 | 25.00 | USD |
| | EXPORT | 3100235208 | 529559315 | U132405574-529559315 | 08-16-2010 | 08-16-2010 | 100.00 | USD |
| | EXPORT | 3100237142 | 526829159 | U132405895-526829159 | 08-18-2010 | 08-18-2010 | 25.00 | USD |
| | EXPORT | 5243153013 | 551448159 | 008383 | 08-02-2010 | 08-22-2010 | 25.00 | USD |
| | EXPORT | 5243160537 | 551547738 | 008482 | 08-03-2010 | 08-23-2010 | 50.00 | USD |
| | EXPORT | 5243165362 | 551377203 | 008361 | 08-04-2010 | 08-24-2010 | 2,550.00 | USD |
| | PAYMENT | 3410681302 | 5669 | 551310206 | 08-26-2010 | 08-26-2010 | 100.00- | USD |
| | PAYMENT | 3410681493 | 5669 | 551345980 | 08-26-2010 | 08-26-2010 | 150.00- | USD |
| | PAYMENT | 3410681460 | 5669 | 551378776 | 08-26-2010 | 08-26-2010 | 150.00- | USD |
| | EXPORT | 5243175506 | 551580959 | 008471 | 08-06-2010 | 08-26-2010 | 50.00 | USD |
| | PAYMENT | 3410695048 | 5655 | 551378765 | 08-30-2010 | 08-30-2010 | 50.00- | USD |
| | EXPORT | 5243190017 | 551547807 | 008457 | 08-10-2010 | 08-30-2010 | 50.00 | USD |

MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243202247 | 551580970 | 008472 | 08-13-2010 | 09-02-2010 | 50.00 | USD |
| | EXPORT | 5243213933 | 551797201 | 008636 | 08-18-2010 | 09-07-2010 | 50.00 | USD |
| | EXPORT | 5243231462 | 551682999 | 008537 | 08-20-2010 | 09-09-2010 | 675.00 | USD |
| | EXPORT | 5243231470 | 551787203 | 008619 | 08-20-2010 | 09-09-2010 | 450.00 | USD |
| | EXPORT | 5243243935 | 551674134 | 008532 | 08-25-2010 | 09-14-2010 | 4,082.00 | USD |
| | EXPORT | 5243243966 | 551769407 | 008591 | 08-25-2010 | 09-14-2010 | 50.00 | USD |
| | EXPORT | 5243254670 | 551377203 | 008361 | 08-27-2010 | 09-16-2010 | 50.00 | USD |
| | EXPORT | 5243254712 | 551437483 | 008431 | 08-27-2010 | 09-16-2010 | 50.00 | USD |
| | EXPORT | 5243267711 | 551298870 | | 08-31-2010 | 09-20-2010 | 130.00 | USD |
| | EXPORT | 5243280639 | 551974149 | 008707A | 09-03-2010 | 09-23-2010 | 2,912.00 | USD |
| | EXPORT | 5243282452 | 550834005 | 008004 | 09-04-2010 | 09-24-2010 | 200.00 | USD |
| | EXPORT | 5243283741 | 551682999 | 008537 | 09-04-2010 | 09-24-2010 | 50.00 | USD |
| | IMPORT | 5243410108 | 552050262 | 008790 | 09-30-2010 | 09-30-2010 | 196.01 | USD |
| | PAYMENT | 3410812124 | 5813 | 551407107 | 10-04-2010 | 10-05-2010 | 50.00- | USD |
| | EXPORT | 5243328845 | 551080809 | | 09-16-2010 | 10-06-2010 | 150.00 | USD |
| | EXPORT | 5243341140 | 551768588 | 008593 | 09-20-2010 | 10-10-2010 | 3,000.00 | USD |
| | EXPORT | 5243341193 | 551797099 | 008632 | 09-20-2010 | 10-10-2010 | 1,575.00 | USD |
| | EXPORT | 5243338480 | 552167044 | 008888 | 09-19-2010 | 10-10-2010 | 3,409.00 | USD |
| | EXPORT | 5243360611 | 551874514 | 008645 | 09-23-2010 | 10-13-2010 | 50.00 | USD |
| | EXPORT | 5243377134 | 551663339 | 008546A | 09-26-2010 | 10-16-2010 | 2,878.00 | USD |
| | EXPORT | 5243377171 | 551986053 | | 09-26-2010 | 10-16-2010 | 425.00 | USD |
| | EXPORT | 5243377105 | 552147983 | 008892A | 09-26-2010 | 10-16-2010 | 50.00 | USD |

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243417485 | 552049967 | | 09-29-2010 | 10-19-2010 | 25.00 | USD |
| | PAYMENT | 3410870759 | 5887 | 551767496 | 10-21-2010 | 10-21-2010 | 50.00- | USD |
| | CREDIT | 3501455801 | 551558262 | 5813 | 10-22-2010 | 10-22-2010 | 220.00- | USD |
| | EXPORT | 5243425843 | 551975867 | 008699 | 10-02-2010 | 10-22-2010 | 50.00 | USD |
| | EXPORT | 5243427296 | 552165995 | 008934A | 10-03-2010 | 10-23-2010 | 2,712.00 | USD |
| | EXPORT | 5243429446 | 551663339 | 008546A | 10-04-2010 | 10-24-2010 | 50.00 | USD |
| | EXPORT | 5243443706 | 552150548 | 008871 | 10-07-2010 | 10-27-2010 | 50.00 | USD |
| | EXPORT | 5243455356 | 551983799 | | 10-11-2010 | 10-31-2010 | 50.00 | USD |
| | PAYMENT | 3410902808 | 5925 | 551787079 | 11-01-2010 | 11-01-2010 | 50.00- | USD |
| | EXPORT | 5243457131 | 552089547 | 008767A | 10-12-2010 | 11-01-2010 | 3,783.00 | USD |
| | EXPORT | 5243471432 | 552238224 | 008947 | 10-13-2010 | 11-02-2010 | 1,947.00 | USD |
| | IMPORT | 5243559306 | 552202566 | 008923 | 11-05-2010 | 11-05-2010 | 5.00 | USD |
| | EXPORT | 5243479353 | REDO50262 | | 10-18-2010 | 11-07-2010 | 6,001.35 | USD |
| | EXPORT | 5243486706 | 552067820 | 008904 | 10-19-2010 | 11-08-2010 | 200.00 | USD |
| | PAYMENT | 3410936993 | 5944 | 551786957 | 11-08-2010 | 11-09-2010 | 25.00- | USD |
| | PAYMENT | 3410937009 | 5944 | 551874149 | 11-08-2010 | 11-09-2010 | 2,512.00- | USD |
| | EXPORT | 5243490900 | 552275400 | 009024 | 10-20-2010 | 11-09-2010 | 25.00 | USD |
| | INVOICE | 5243580439 | 552492367 | | 11-10-2010 | 11-10-2010 | 3,065.00 | USD |
| | IMPORT | 5243588632 | 552300585 | 009032A | 11-12-2010 | 11-12-2010 | 320.00 | USD |
| | EXPORT | 5243510230 | 552165996 | 008958A | 10-25-2010 | 11-14-2010 | 50.00 | USD |
| | EXPORT | 5243510289 | 552447288 | 009155 | 10-25-2010 | 11-14-2010 | 3,536.00 | USD |
| | EXPORT | 5243517937 | 552112089 | 008863 | 10-26-2010 | 11-15-2010 | 2,468.00 | USD |

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA



MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243517944 | 552147983 | 008892A | 10-26-2010 | 11-15-2010 | 150.00 | USD |
| | EXPORT | 5243510241 | 552229966 | 008940 | 10-25-2010 | 11-15-2010 | 3,112.00 | USD |
| | EXPORT | 5243528361 | 552248868 | 008964 | 10-27-2010 | 11-16-2010 | 50.00 | USD |
| | EXPORT | 5243529611 | 551888803 | 008641 | 10-28-2010 | 11-17-2010 | 50.00 | USD |
| | EXPORT | 5243532688 | 552288443 | 009106A | 10-29-2010 | 11-18-2010 | 50.00 | USD |
| | EXPORT | 5243531799 | 552317163 | 009049 | 10-29-2010 | 11-18-2010 | 25.00 | USD |
| | EXPORT | 5243536989 | 552324821 | 009073 | 10-30-2010 | 11-19-2010 | 10,558.00 | USD |
| | EXPORT | 5243541181 | 552410100 | 009114 | 11-01-2010 | 11-21-2010 | 2,712.00 | USD |
| | EXPORT | 5243539775 | 552410101 | 009115 | 11-01-2010 | 11-21-2010 | 2,712.00 | USD |
| | EXPORT | 5243539770 | 552443392 | 009139 | 11-01-2010 | 11-21-2010 | 2,737.00 | USD |
| | EXPORT | 5243539771 | 552491051 | 009196 | 11-01-2010 | 11-21-2010 | 2,712.00 | USD |
| | CREDIT | 3501720625 | 552029670 | 5985 | 11-23-2010 | 11-23-2010 | 25.00- | USD |
| | PAYMENT | 3410985041 | 5985 | 552112089 | 11-22-2010 | 11-23-2010 | 2,268.00- | USD |
| | PAYMENT | 3410985455 | 5985 | 552150546 | 11-22-2010 | 11-23-2010 | 100.00- | USD |
| | PAYMENT | 3410985448 | 5985 | 552167110 | 11-22-2010 | 11-23-2010 | 100.00- | USD |
| | PAYMENT | 3410985401 | 5985 | 552167110 | 11-22-2010 | 11-23-2010 | 3,409.00- | USD |
| | EXPORT | 5243554076 | 552202566 | 008923 | 11-04-2010 | 11-24-2010 | 50.00 | USD |
| | EXPORT | 5243554485 | 552275426 | 009001 | 11-04-2010 | 11-24-2010 | 2,712.00 | USD |
| | EXPORT | 5243564457 | 552559280 | 009259 | 11-08-2010 | 11-28-2010 | 2,762.70 | USD |
| | EXPORT | 5243568116 | 552323628 | 009092 | 11-09-2010 | 11-29-2010 | 3,112.33 | USD |
| | EXPORT | 5243571163 | 552491699 | 009053 | 11-09-2010 | 11-29-2010 | 7,061.00 | USD |
| | EXPORT | 5243587700 | 551674134 | 008532 | 11-12-2010 | 12-02-2010 | 50.00 | USD |

MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138086
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243589713 | 552546486 | 009250 | 11-13-2010 | 12-03-2010 | 50.00 | USD |
| | EXPORT | 5243594658 | 552559194 | 009256-01 | 11-15-2010 | 12-05-2010 | 2,692.00 | USD |
| | EXPORT | 5243600329 | 552275403 | 009004 | 11-16-2010 | 12-06-2010 | 50.00 | USD |
| | EXPORT | 5243600345 | 552598338 | 009288 | 11-16-2010 | 12-06-2010 | 1,719.00 | USD |
| | EXPORT | 5243597133 | 552615875 | 009326 | 11-16-2010 | 12-06-2010 | 2,737.52 | USD |
| | EXPORT | 5243606387 | 552588811 | 009324A | 11-17-2010 | 12-07-2010 | 50.00 | USD |
| | EXPORT | 5243608367 | 552491361 | 009199 | 11-18-2010 | 12-08-2010 | 50.00 | USD |
| | EXPORT | 5243610880 | 552119973 | 008842 | 11-19-2010 | 12-09-2010 | 1,700.00 | USD |
| | EXPORT | 5243613516 | 552246421 | 008991A | 11-20-2010 | 12-10-2010 | 50.00 | USD |
| | EXPORT | 5243616724 | 552239462 | 008982 | 11-22-2010 | 12-12-2010 | 5,297.00 | USD |
| | EXPORT | 5243616471 | 552588399 | 009325A | 11-22-2010 | 12-12-2010 | 2,692.00 | USD |
| | EXPORT | 5243616236 | 552588417 | 009278 | 11-22-2010 | 12-12-2010 | 2,748.00 | USD |
| | EXPORT | 5243616364 | 552598267 | 009286 | 11-22-2010 | 12-12-2010 | 4,553.00 | USD |
| | PAYMENT | 3411060947 | 6025 | 552165995 | 12-13-2010 | 12-13-2010 | 2,412.00- | USD |
| | PAYMENT | 3411060976 | 6025 | 552323732 | 12-13-2010 | 12-13-2010 | 50.00- | USD |
| | PAYMENT | 3411060987 | 6025 | 552323739 | 12-13-2010 | 12-13-2010 | 25.00- | USD |
| | PAYMENT | 3411060993 | 6025 | 552410104 | 12-13-2010 | 12-13-2010 | 75.00- | USD |
| | PAYMENT | 3411060998 | 6025 | 552445462 | 12-13-2010 | 12-13-2010 | 50.00- | USD |
| | EXPORT | 5243619159 | 552598477 | 009343A | 11-23-2010 | 12-13-2010 | 2,492.00 | USD |
| | PAYMENT | 3411061153 | 0000006025 | 552157508 | 12-13-2010 | 12-14-2010 | 50.00- | USD |
| | INVOICE | 5243700483 | 552443499 | | 12-14-2010 | 12-14-2010 | 800.00 | USD |
| | EXPORT | 5243629160 | 552500499 | 009229 | 11-24-2010 | 12-14-2010 | 50.00 | USD |

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA



MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243630397 | 552559250 | | 11-24-2010 | 12-14-2010 | 50.00 | USD |
| | EXPORT | 5243629246 | 552725909 | 009350 | 11-24-2010 | 12-14-2010 | 2,492.00 | USD |
| | EXPORT | 5243634636 | 552588207 | | 11-25-2010 | 12-15-2010 | 2,492.00 | USD |
| | EXPORT | 5243634653 | 552655549 | 009339 | 11-25-2010 | 12-15-2010 | 2,492.00 | USD |
| | DET-DIV | 5243709264 | 551786979 | | 12-16-2010 | 12-16-2010 | 457.81 | USD |
| | EXPORT | 5243639325 | 552615873 | 009327 | 11-26-2010 | 12-16-2010 | 2,492.00 | USD |
| | EXPORT | 5243636907 | 552655580 | 009340 | 11-26-2010 | 12-16-2010 | 2,492.00 | USD |
| | EXPORT | 5243636604 | 552725454 | 009359 | 11-26-2010 | 12-16-2010 | 2,492.00 | USD |
| | EXPORT | 5243639329 | 552725456 | 009352 | 11-26-2010 | 12-16-2010 | 2,492.00 | USD |
| | EXPORT | 5243643344 | 552377402 | 009096 | 11-29-2010 | 12-19-2010 | 4,475.00 | USD |
| | EXPORT | 5243644102 | 552725433 | 009376 | 11-29-2010 | 12-19-2010 | 2,492.00 | USD |
| | EXPORT | 5243644428 | 552758422 | 009364 | 11-29-2010 | 12-19-2010 | 2,492.00 | USD |
| | PAYMENT | 3411083061 | 0000006032 | 552229966 | 12-20-2010 | 12-20-2010 | 2,562.00- | USD |
| | PAYMENT | 3411083063 | 0000006032 | 552410100 | 12-20-2010 | 12-20-2010 | 2,512.00- | USD |
| | PAYMENT | 3411083064 | 0000006032 | 552410101 | 12-20-2010 | 12-20-2010 | 2,512.00- | USD |
| | EXPORT | 5243651152 | 552444720 | 009142 | 11-30-2010 | 12-20-2010 | 50.00 | USD |
| | EXPORT | 5243651169 | 552588440 | 009306 | 11-30-2010 | 12-20-2010 | 7,043.00 | USD |
| | EXPORT | 5243655436 | 552229966 | 008940 | 12-01-2010 | 12-21-2010 | 50.00 | USD |
| | EXPORT | 5243663219 | 552559194 | 009256-01 | 12-03-2010 | 12-23-2010 | 50.00 | USD |
| | EXPORT | 5243662542 | 552559280 | 009259 | 12-03-2010 | 12-23-2010 | 50.00 | USD |
| | EXPORT | 5243665712 | 552758471 | 009377 | 12-04-2010 | 12-24-2010 | 2,492.00 | USD |
| | EXPORT | 5243667790 | 552605208 | 009354 | 12-06-2010 | 12-26-2010 | 2,038.00 | USD |



# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: USD0138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243672279 | 552491363 | 009198 | 12-07-2010 | 12-27-2010 | 2,492.00 | USD |
| | EXPORT | 5243673074 | 552568562 | 009267 | 12-07-2010 | 12-27-2010 | 3,092.00 | USD |
| | EXPORT | 5243673917 | 552598338 | 009288 | 12-07-2010 | 12-27-2010 | 1,268.00 | USD |
| | EXPORT | 5243673070 | 552758410 | 009365 | 12-07-2010 | 12-27-2010 | 2,692.00 | USD |
| | EXPORT | 5243673078 | 552758478 | 009378 | 12-07-2010 | 12-27-2010 | 2,492.00 | USD |
| | EXPORT | 5243673077 | 552791405 | 009338 | 12-07-2010 | 12-27-2010 | 1,040.00 | USD |
| | EXPORT | 5243673086 | 552791405 | 009338 | 12-07-2010 | 12-27-2010 | 1,452.00 | USD |
| | EXPORT | 5243673068 | 552820540 | 009401 | 12-07-2010 | 12-27-2010 | 1,045.00 | USD |
| | EXPORT | 5243673083 | 552820540 | 009401 | 12-07-2010 | 12-27-2010 | 1,447.00 | USD |
| | EXPORT | 5243680251 | 552768789 | 009375 | 12-08-2010 | 12-28-2010 | 2,489.00 | USD |
| | EXPORT | 5243686738 | 552120750 | 008844 | 12-09-2010 | 12-29-2010 | 50.00 | USD |
| | EXPORT | 5243686159 | 552317151 | 009048 | 12-09-2010 | 12-29-2010 | 50.00 | USD |
| | EXPORT | 5243687788 | 552491051 | 009196 | 12-09-2010 | 12-29-2010 | 50.00 | USD |
| | EXPORT | 5243689903 | 552324821 | 009073 | 12-10-2010 | 12-30-2010 | 50.00 | USD |
| | EXPORT | 5243691418 | 552443392 | 009139 | 12-10-2010 | 12-30-2010 | 50.00 | USD |
| | EXPORT | 5243689906 | 552447288 | 009155 | 12-10-2010 | 12-30-2010 | 50.00 | USD |
| | EXPORT | 5243698807 | 552820496 | 009400A | 12-13-2010 | 01-02-2011 | 2,419.00 | USD |
| | EXPORT | 5243702895 | 552589477 | 009310 | 12-14-2010 | 01-03-2011 | 4,824.00 | USD |
| | EXPORT | 5243702425 | 552820562 | 009422 | 12-14-2010 | 01-03-2011 | 2,492.00 | USD |
| | EXPORT | 5243701134 | 552820584 | 009413 | 12-14-2010 | 01-03-2011 | 2,462.00 | USD |
| | EXPORT | 5243702124 | 552820584 | 009413 | 12-14-2010 | 01-03-2011 | 30.00 | USD |
| | EXPORT | 5243700207 | 552846444 | 009416 | 12-14-2010 | 01-03-2011 | 2,332.00 | USD |

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA



MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243701321 | 552846444 | 009416 | 12-14-2010 | 01-03-2011 | 135.00 | USD |
| | EXPORT | 5243701225 | 552846447 | 009430 | 12-14-2010 | 01-03-2011 | 2,492.00 | USD |
| | EXPORT | 5243708605 | 552112089 | 008863 | 12-16-2010 | 01-05-2011 | 50.00 | USD |
| | EXPORT | 5243709909 | 552598267 | 009286 | 12-16-2010 | 01-05-2011 | 50.00 | USD |
| | EXPORT | 5243708807 | 552615875 | 009326 | 12-16-2010 | 01-05-2011 | 50.00 | USD |
| | EXPORT | 5243709769 | 552820624 | 009412 | 12-16-2010 | 01-05-2011 | 2,492.00 | USD |
| | EXPORT | 5243714138 | 552686202 | 009367 | 12-18-2010 | 01-07-2011 | 3,614.00 | USD |
| | EXPORT | 5243718184 | 552846428 | 009415 | 12-20-2010 | 01-09-2011 | 2,495.84 | USD |
| | EXPORT | 5243718760 | 552898120 | 009439 | 12-20-2010 | 01-09-2011 | 3,735.00 | USD |
| | EXPORT | 5243717584 | 552913417 | 009445 | 12-20-2010 | 01-09-2011 | 3,869.00 | USD |
| | EXPORT | 5243723105 | 552760386 | 009426A | 12-21-2010 | 01-10-2011 | 2,399.00 | USD |
| | EXPORT | 5243723432 | 552932407 | 009449 | 12-21-2010 | 01-10-2011 | 2,492.00 | USD |
| | EXPORT | 5243732810 | 552783249 | | 12-22-2010 | 01-11-2011 | 6,653.00 | USD |
| | EXPORT | 5243732811 | 552822036 | | 12-22-2010 | 01-11-2011 | 2,189.00 | USD |
| | PAYMENT | 3410035680 | 6072 | 551298913 | 01-13-2011 | 01-13-2011 | 50.00- | USD |
| | PAYMENT | 3410035154 | 6072 | 552238224 | 01-13-2011 | 01-13-2011 | 1,997.00- | USD |
| | PAYMENT | 3410035886 | 6072 | 552248198 | 01-13-2011 | 01-13-2011 | 200.00- | USD |
| | PAYMENT | 3410035172 | 6072 | 552275390 | 01-13-2011 | 01-13-2011 | 120.90- | USD |
| | PAYMENT | 3410029861 | 6072 | 552275409 | 01-12-2011 | 01-13-2011 | 50.00- | USD |
| | EXPORT | 5243738643 | 552568549 | 009269 | 12-24-2010 | 01-13-2011 | 100.00 | USD |
| | EXPORT | 5243738408 | 552820575 | 009414-01 | 12-24-2010 | 01-13-2011 | 2,467.00 | USD |
| | PAYMENT | 3410038176 | 6102 | 552443392 | 01-14-2011 | 01-14-2011 | 2,562.00- | USD |

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00128058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | PAYMENT | 3410038278 | 6102 | 552491051 | 01-14-2011 | 01-14-2011 | 2,562.00- | USD |
| | EXPORT | 5243747216 | 552768493 | 009383 | 12-28-2010 | 01-17-2011 | 2,777.00 | USD |
| | EXPORT | 5243743721 | 552846422 | 009440 | 12-27-2010 | 01-17-2011 | 2,692.00 | USD |
| | EXPORT | 5243743821 | 552846437 | 009438 | 12-27-2010 | 01-17-2011 | 2,492.00 | USD |
| | EXPORT | 5243747220 | 552921780 | 009456 | 12-28-2010 | 01-17-2011 | 2,492.00 | USD |
| | EXPORT | 5243750129 | 552921845 | 009466 | 12-28-2010 | 01-17-2011 | 2,492.00 | USD |
| | EXPORT | 5243747227 | 552921858 | 009467 | 12-28-2010 | 01-17-2011 | 2,492.00 | USD |
| | EXPORT | 5243750308 | 552942716 | 009461 | 12-28-2010 | 01-17-2011 | 2,492.00 | USD |
| | EXPORT | 5243747225 | 552943288 | 009474 | 12-28-2010 | 01-17-2011 | 2,492.00 | USD |
| | EXPORT | 5243750227 | 552978897 | 009478 | 12-28-2010 | 01-17-2011 | 2,492.00 | USD |
| | EXPORT | 5243756613 | 552932149 | 009441 | 12-28-2010 | 01-17-2011 | 1,638.00 | USD |
| | EXPORT | 5243757408 | 552725456 | 009352 | 12-29-2010 | 01-18-2011 | 2,467.00 | USD |
| | EXPORT | 5243757461 | 552760344 | 009425A | 12-30-2010 | 01-19-2011 | 50.00 | USD |
| | EXPORT | 5243757484 | 552760356 | 009426A | 12-30-2010 | 01-19-2011 | 2,424.00 | USD |
| | EXPORT | 5243757458 | 552931576 | 009463 | 12-30-2010 | 01-19-2011 | 25.00 | USD |
| | EXPORT | 5243765144 | 552943317 | 009469 | 12-30-2010 | 01-19-2011 | 3,355.00 | USD |
| | EXPORT | 5243771152 | 552377402 | 009096 | 01-03-2011 | 01-23-2011 | 3,735.00 | USD |
| | EXPORT | 5243767818 | 552568561 | 009267 | 01-04-2011 | 01-24-2011 | 50.00 | USD |
| | EXPORT | 5243767816 | 552588207 | | 01-04-2011 | 01-24-2011 | 50.00 | USD |
| | EXPORT | 5243775303 | 552969087 | 009475 | 01-04-2011 | 01-24-2011 | 50.00 | USD |
| | EXPORT | 5243777887 | 552598338 | 009288 | 01-05-2011 | 01-25-2011 | 3,735.00 | USD |
| | EXPORT | 5243777576 | 552725862 | 009353 | 01-06-2011 | 01-26-2011 | 50.00 | USD |
| | | | | | 01-06-2011 | 01-26-2011 | 2,419.00 | USD |

MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1723
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243778314 | 552768789 | 009375 | 01-06-2011 | 01-26-2011 | 50.00 | USD |
| | EXPORT | 5243779268 | 553036740 | 009471 | 01-06-2011 | 01-26-2011 | 2,492.00 | USD |
| | EXPORT | 5243783658 | 552436616 | 009144A | 01-07-2011 | 01-27-2011 | 5,943.00 | USD |
| | EXPORT | 5243783529 | 552615873 | 009327 | 01-07-2011 | 01-27-2011 | 50.00 | USD |
| | EXPORT | 5243783543 | 552725454 | 009359 | 01-07-2011 | 01-27-2011 | 50.00 | USD |
| | EXPORT | 5243782073 | 552820595 | 009410 | 01-07-2011 | 01-27-2011 | 2,492.00 | USD |
| | EXPORT | 5243785399 | 552239462 | 008952 | 01-08-2011 | 01-28-2011 | 3,200.00 | USD |
| | EXPORT | 5243785444 | 552846419 | 009446 | 01-08-2011 | 01-28-2011 | 2,492.00 | USD |
| | EXPORT | 5243789357 | 552760358 | 009426A | 01-10-2011 | 01-30-2011 | 50.00 | USD |
| | EXPORT | 5243795290 | 552588395 | 009325A | 01-11-2011 | 01-31-2011 | 50.00 | USD |
| | EXPORT | 5243793418 | 552921839 | 009411 | 01-11-2011 | 01-31-2011 | 2,492.00 | USD |
| | EXPORT | 5243794419 | 552989445 | 009482 | 01-11-2011 | 01-31-2011 | 2,692.00 | USD |
| | EXPORT | 5243794922 | 553033414 | 009494 | 01-11-2011 | 01-31-2011 | 2,552.00 | USD |
| | EXPORT | 5243789159 | 553033419 | 009492 | 01-10-2011 | 01-31-2011 | 2,552.00 | USD |
| | EXPORT | 5243795438 | 553033456 | 009496 | 01-11-2011 | 01-31-2011 | 2,552.00 | USD |
| | EXPORT | 5243796992 | 552820540 | 009401 | 01-12-2011 | 02-01-2011 | 50.00 | USD |
| | EXPORT | 5243801356 | 552760349 | | 01-13-2011 | 02-02-2011 | 2,474.00 | USD |
| | EXPORT | 5243804564 | 552758423 | 009364 | 01-14-2011 | 02-03-2011 | 50.00 | USD |
| | EXPORT | 5243804967 | 552846428 | 009415 | 01-14-2011 | 02-03-2011 | 50.00 | USD |
| | EXPORT | 5243815330 | 552598477 | 009343A | 01-18-2011 | 02-07-2011 | 50.00 | USD |
| | EXPORT | 5243814990 | 552820496 | 009400A | 01-18-2011 | 02-07-2011 | 50.00 | USD |
| | EXPORT | 5243822175 | 553033435 | 009495 | 01-19-2011 | 02-08-2011 | 2,552.00 | USD |



MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243825093 | 553033466 | 009503 | 01-19-2011 | 02-08-2011 | 2,552.00 | USD |
| | EXPORT | 5243825918 | 553033472 | 009502 | 01-19-2011 | 02-08-2011 | 2,527.00 | USD |
| | EXPORT | 5243827169 | 552443337 | 009183 | 01-20-2011 | 02-09-2011 | 50.00 | USD |
| | EXPORT | 5243828352 | 552820624 | 009412 | 01-20-2011 | 02-09-2011 | 50.00 | USD |
| | EXPORT | 5243829022 | 552942694 | 009462 | 01-20-2011 | 02-09-2011 | 4,099.00 | USD |
| | EXPORT | 5243829026 | 553033419 | 009492 | 01-20-2011 | 02-09-2011 | 25.00 | USD |
| | EXPORT | 5243827265 | 553084401 | 009522 | 01-20-2011 | 02-09-2011 | 2,552.00 | USD |
| | EXPORT | 5243827171 | 553084439 | 009523 | 01-20-2011 | 02-09-2011 | 2,552.00 | USD |
| | EXPORT | 5243830273 | 552846426 | 009442-01 | 01-21-2011 | 02-10-2011 | 2,492.00 | USD |
| | EXPORT | 5243836411 | 552848835 | 009391 | 01-24-2011 | 02-13-2011 | 3,355.00 | USD |
| | EXPORT | 5243836278 | 553033426 | 009493 | 01-24-2011 | 02-13-2011 | 2,552.00 | USD |
| | EXPORT | 5243841103 | 552491363 | 009198 | 01-25-2011 | 02-14-2011 | 50.00 | USD |
| | EXPORT | 5243841097 | 552605208 | 009354 | 01-25-2011 | 02-14-2011 | 50.00 | USD |
| | EXPORT | 5243843119 | 552921839 | 009411 | 01-25-2011 | 02-14-2011 | 200.00 | USD |
| | EXPORT | 5243843032 | 552989446 | 009483 | 01-25-2011 | 02-14-2011 | 2,552.00 | USD |
| | EXPORT | 5243843028 | 553033369 | 009499 | 01-25-2011 | 02-14-2011 | 2,552.33 | USD |
| | EXPORT | 5243841711 | 553036740 | 009471 | 01-25-2011 | 02-14-2011 | 50.00 | USD |
| | EXPORT | 5243847939 | 552846426 | 009442-01 | 01-26-2011 | 02-15-2011 | 50.00 | USD |
| | EXPORT | 5243850122 | 552921845 | 009466 | 01-26-2011 | 02-15-2011 | 50.00 | USD |
| | PAYMENT | 3410140063 | 6171 | 552275426 | 02-16-2011 | 02-16-2011 | 2,512.00- | USD |
| | PAYMENT | 3410140064 | 6171 | 552323628 | 02-16-2011 | 02-16-2011 | 2,512.00- | USD |
| | PAYMENT | 3410140068 | 6171 | 552559194 | 02-16-2011 | 02-16-2011 | 2,492.00- | USD |



# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | PAYMENT | 3410140669 | 6171 | 552559280 | 02-16-2011 | 02-16-2011 | 2,542.00- | USD |
| | PAYMENT | 3410140679 | 6171 | 552588399 | 02-16-2011 | 02-16-2011 | 2,542.00- | USD |
| | PAYMENT | 3410140673 | 6171 | 552588417 | 02-16-2011 | 02-16-2011 | 2,598.00- | USD |
| | PAYMENT | 3410140681 | 6171 | 552615875 | 02-16-2011 | 02-16-2011 | 2,542.00- | USD |
| | EXPORT | 5243851791 | 553033442 | 009509 | 01-27-2011 | 02-16-2011 | 2,552.00 | USD |
| | EXPORT | 5243852278 | 553033450 | 009508 | 01-27-2011 | 02-16-2011 | 2,552.00 | USD |
| | EXPORT | 5243852276 | 553033466 | 009503 | 01-27-2011 | 02-16-2011 | 50.00 | USD |
| | EXPORT | 5243852280 | 553033472 | 009502 | 01-27-2011 | 02-16-2011 | 50.00 | USD |
| | EXPORT | 5243857487 | 552434488 | 009122 | 01-28-2011 | 02-17-2011 | 50.00 | USD |
| | EXPORT | 5243859973 | 553123943 | 009491 | 01-30-2011 | 02-19-2011 | 4,857.00 | USD |
| | EXPORT | 5243863332 | 552943288 | 009474 | 01-31-2011 | 02-20-2011 | 50.00 | USD |
| | EXPORT | 5243860010 | 553085207 | 009560 | 01-30-2011 | 02-20-2011 | 2,424.00 | USD |
| | EXPORT | 5243860009 | 553142498 | 009550 | 01-30-2011 | 02-20-2011 | 2,479.00 | USD |
| | EXPORT | 5243881139 | 552921839 | 009411 | 02-03-2011 | 02-23-2011 | 600.00 | USD |
| | EXPORT | 5243882590 | 553070006 | 009514 | 02-04-2011 | 02-24-2011 | 2,552.00 | USD |
| | EXPORT | 5243891510 | 552588440 | 009306 | 02-07-2011 | 02-27-2011 | 50.00 | USD |
| | EXPORT | 5243891820 | 552783249 | 009385 | 02-07-2011 | 02-27-2011 | 50.00 | USD |
| | EXPORT | 5243891915 | 552822036 | 009385 | 02-07-2011 | 02-27-2011 | 50.00 | USD |
| | EXPORT | 5243891486 | 552898120 | 009439 | 02-07-2011 | 02-27-2011 | 50.00 | USD |
| | EXPORT | 5243889491 | 553162762 | 009557A | 02-07-2011 | 02-27-2011 | 2,424.00 | USD |
| | EXPORT | 5243891488 | 553162802 | 009305 | 02-07-2011 | 02-27-2011 | 3,845.00 | USD |
| | EXPORT | 5243962837 | 553209314 | 009625A | 02-28-2011 | 02-28-2011 | 2,474.00 | USD |

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA



MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138056
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243960075 | 553374912 | 038CHI317279 MSCUHT2 | 02-27-2011 | 02-28-2011 | 3,235.00 | USD |
| | EXPORT | 5243965094 | 553224659 | 009582 | 03-01-2011 | 03-01-2011 | 2,602.00 | USD |
| | EXPORT | 5243965144 | 553274472 | 009613 | 03-01-2011 | 03-01-2011 | 2,602.00 | USD |
| | EXPORT | 5243907933 | 552846419 | 009446 | 02-10-2011 | 03-02-2011 | 100.00 | USD |
| | EXPORT | 5243907929 | 552846422 | 009440 | 02-10-2011 | 03-02-2011 | 50.00 | USD |
| | EXPORT | 5243907926 | 552932407 | 009449 | 02-10-2011 | 03-02-2011 | 50.00 | USD |
| | EXPORT | 5243906894 | 552942716 | 009461 | 02-10-2011 | 03-02-2011 | 50.00 | USD |
| | EXPORT | 5243972688 | 553033426 | 009493 | 03-02-2011 | 03-02-2011 | 50.00 | USD |
| | EXPORT | 5243974624 | 553325035 | 009638 | 03-02-2011 | 03-02-2011 | 2,602.00 | USD |
| | EXPORT | 5243914403 | 552921858 | 009457 | 02-12-2011 | 03-04-2011 | 50.00 | USD |
| | EXPORT | 5243914370 | 552931576 | 009463 | 02-12-2011 | 03-04-2011 | 50.00 | USD |
| | EXPORT | 5243914378 | 552942684 | 009462 | 02-12-2011 | 03-04-2011 | 50.00 | USD |
| | EXPORT | 5243922340 | 552758410 | 009365 | 02-15-2011 | 03-07-2011 | 50.00 | USD |
| | EXPORT | 5243987264 | 553142458 | 009550 | 03-07-2011 | 03-07-2011 | 50.00 | USD |
| | EXPORT | 5243984635 | 553162782 | 009530 | 03-07-2011 | 03-07-2011 | 3,845.00 | USD |
| | EXPORT | 5243983442 | 553368574 | 009661 | 03-08-2011 | 03-07-2011 | 5,445.00 | USD |
| | EXPORT | 5243930630 | 552943317 | 009469 | 02-16-2011 | 03-08-2011 | 50.00 | USD |
| | EXPORT | 5243992669 | 553191122 | 009564 | 03-08-2011 | 03-08-2011 | 4,797.82 | USD |
| | EXPORT | 5243936456 | 553162802 | 009505 | 02-18-2011 | 03-10-2011 | 50.00 | USD |
| | EXPORT | 5243938669 | 553224722 | 009593 | 02-18-2011 | 03-10-2011 | 2,602.00 | USD |
| | EXPORT | 5244000988 | 553288339 | 009626A | 03-10-2011 | 03-10-2011 | 120.96 | USD |
| | PAYMENT | 3410211917 | 687041 | 553162741 | 03-10-2011 | 03-11-2011 | 50.00- | USD |

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA



# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APM Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5243992676 | RED191122 | | 03-08-2011 | 03-11-2011 | 5,703.75 | USD |
| | EXPORT | 5243941953 | 553200782 | 009577A | 02-21-2011 | 03-13-2011 | 2,474.00 | USD |
| | EXPORT | 5243941956 | 553280917 | 009615A | 02-21-2011 | 03-13-2011 | 2,474.00 | USD |
| | EXPORT | 5243944296 | 552921839 | 009411 | 02-22-2011 | 03-14-2011 | 50.00 | USD |
| | EXPORT | 5243948046 | 553033419 | 009492 | 02-23-2011 | 03-15-2011 | 50.00 | USD |
| | EXPORT | 5243948173 | 553036740 | 009471 | 02-23-2011 | 03-15-2011 | 50.00 | USD |
| | EXPORT | 5243948051 | 553289339 | 009626A | 02-23-2011 | 03-19-2011 | 2,474.00 | USD |
| | EXPORT | 5243950937 | 553033414 | 009494 | 02-24-2011 | 03-16-2011 | 50.00 | USD |
| | EXPORT | 5243951587 | 553209301 | 009580 | 02-24-2011 | 03-16-2011 | 3,845.00 | USD |
| | EXPORT | 5244026473 | 553430216 | | 03-17-2011 | 03-17-2011 | 2,682.00 | USD |
| | EXPORT | 5244035401 | 553350699 | 009616 | 03-20-2011 | 03-21-2011 | 2,969.00 | USD |
| | EXPORT | 5244042929 | 553325038 | 009641 | 03-22-2011 | 03-22-2011 | 2,682.00 | USD |
| | EXPORT | 5244038280 | 553413432 | 009701 | 03-21-2011 | 03-22-2011 | 2,657.00 | USD |
| | EXPORT | 5244043196 | 553430210 | 009619 | 03-22-2011 | 03-22-2011 | 2,682.00 | USD |
| | EXPORT | 5244052980 | 553286383 | | 03-24-2011 | 03-24-2011 | 4,152.40 | USD |
| | EXPORT | 5244052122 | 553403106 | 009696 | 03-24-2011 | 03-24-2011 | 2,954.00 | USD |
| | EXPORT | 5244052260 | 553430179 | 009658 | 03-24-2011 | 03-24-2011 | 2,657.00 | USD |
| | EXPORT | 5244052214 | 553430211 | 009618 | 03-24-2011 | 03-24-2011 | 2,682.00 | USD |
| | EXPORT | 5244058938 | 553124705 | 009537A | 03-25-2011 | 03-25-2011 | 2,424.00 | USD |
| | EXPORT | 5244058909 | 553430344 | 009728 | 03-25-2011 | 03-25-2011 | 2,682.00 | USD |
| | EXPORT | 5244059543 | 553430342 | 009713 | 03-26-2011 | 03-26-2011 | 2,682.00 | USD |
| | EXPORT | 5244067456 | 553532622 | 009703 | 03-29-2011 | 03-29-2011 | 3,878.00 | USD |

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA

MAERSK

# Account Statement Open Item

PACIFIC ATLANTIC LINES INC
24 COMMERCE ST
STE 1725
NEWARK NJ 07102
USA

Attention: APN Internal

Statement Issue Date: 04-14-2011
Account Number: US00138058
Statement Date: 04-14-2011
Our Contact Person: Janice Beverly
Our Contact Telephone: +1 (800) 7688714
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | EXPORT | 5244077981 | 553430179 | 009658 | 03-30-2011 | 03-30-2011 | 25.00 | USD |
| | EXPORT | 5244078840 | 553438147 | 009709-01 | 03-30-2011 | 03-30-2011 | 3,177.00 | USD |
| | EXPORT | 5244084393 | 553430208 | 009754 | 04-01-2011 | 04-01-2011 | 2,682.00 | USD |
| | EXPORT | 5244084343 | 553456357 | 009716 | 04-01-2011 | 04-01-2011 | 2,554.00 | USD |
| | EXPORT | 5244084367 | 553636704 | 009765 | 04-01-2011 | 04-01-2011 | 2,554.00 | USD |
| | EXPORT | 5244084344 | 553637884 | 009770 | 04-01-2011 | 04-01-2011 | 2,882.00 | USD |
| | CREDIT | 3500759923 | 553162814 | ACH | 04-04-2011 | 04-04-2011 | 100.00- | USD |
| | EXPORT | 5244089869 | 553471804 | 009731 | 04-04-2011 | 04-04-2011 | 5,898.00 | USD |
| | EXPORT | 5244088472 | 553489746 | 009744 | 04-03-2011 | 04-04-2011 | 5,445.00 | USD |
| | EXPORT | 5244097787 | 553244417 | 009595 | 04-05-2011 | 04-05-2011 | 50.00 | USD |
| | EXPORT | 5244097904 | 553325036 | 009639 | 04-05-2011 | 04-05-2011 | 50.00 | USD |
| | EXPORT | 5244095811 | 553430348 | 009755 | 04-05-2011 | 04-05-2011 | 2,882.00 | USD |
| | EXPORT | 5244093271 | 553673538 | 009771 | 04-05-2011 | 04-05-2011 | 2,682.00 | USD |
| | EXPORT | 5244108897 | 553471804 | 009731 | 04-08-2011 | 04-08-2011 | 2,410.00 | USD |
| | CREDIT | 3500836451 | 553250565 | ACH | 04-11-2011 | 04-11-2011 | 125.00- | USD |
| | EXPORT | 3500854604 | 552491899 | 009053 | 04-12-2011 | 04-12-2011 | 6,611.00- | USD |
| | EXPORT | 5244119113 | 553333680 | 009642 | 04-12-2011 | 04-12-2011 | 4,425.08 | USD |
| | EXPORT | 5244115552 | 553709464 | 009809 | 04-11-2011 | 04-12-2011 | 2,882.00 | USD |
| | EXPORT | 5244125442 | 553709464 | 009809 | 04-13-2011 | 04-13-2011 | 500.00 | USD |
| | EXPORT | 5244128577 | 553472562 | 009730 | 04-14-2011 | 04-14-2011 | 2,205.00 | USD |
| | EXPORT | 5244129144 | 553472562 | 009730 | 04-14-2011 | 04-14-2011 | 2,410.00 | USD |
| | | | | | | **Balance Due :** | **446,290.08** | **USD** |

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA